## 47648. SMITH v. NATHAN.

QUILLIAN, Judge. The appellant filed an election contest against the appellee. However, the appellant failed to comply with the provisions of the Georgia Election Code § 34-203 (d) (*Code Ann.* § 34-203 (d); Ga. L. 1964, Ex. Sess., pp. 26, 37) in regard to the serving of a copy of proceedings upon the State Election Board. The order dismissing the petition was not error.

*Judgment affirmed. Hall, P. J., and Pannell, J., concur.*
ARGUED NOVEMBER 7, 1972 — DECIDED NOVEMBER 21, 1972.

*Alan B. Smith,* for appellant.
*Taylor, Bishop & Lee, A. Blenn Taylor, Jr.,* for appellee.